```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF CONNECTICUT

IN RE                              :    CHAPTER 13
LESLIE WALKER – HYDE               :    CASE NO. 16-20641 AMN
      Debtor                       :    May 12, 2016
```

## MOTION FOR RULE 2004 EXAMINATION

The Debtor herein, by and through her undersigned counsel, hereby seeks an order authorizing the examination of Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Asset Trust 2007 –SD2 ("Deutsche Bank") a creditor.   In support thereof, the Debtors respectfully represent the following:

1.   The Debtor proposes to examine a representative Deutsche Bank under oath at the offices of Grafstein & Arcaro, LLC, 10 Melrose Drive, Farmington, Connecticut on a date and time agreed-upon or compelled by F.R.Civ.P.45.

3.   The scope of such examination would include, but is not limited to, the following:

    (a) Deutsche Bank's standing as a creditor in this case;

    (b) The amount and nature of Deutsche Bank's total claim and arrearage claim;

    (c) The Debtor's claims against Deutsche Bank.

4.    The Debtor further intends to compel Deutsche Bank to produce documents at the examination pursuant to Fed. R. Bankr. P. 2004(c).

WHEREFORE the Debtor respectfully requests that the Court issue an order authorizing the examination of Deutsche Bank as set forth above, and for such other and further relief as may be just and proper.

                        THE DEBTOR,

                        By /s/ Gregory F. Arcaro
                        Gregory F. Arcaro, Esq.
                        GRAFSTEIN AND ARCARO, LLC
                        10 Melrose Dr.
                        Farmington, CT  06032
                        garcaro@grafsteinlaw.com
                        (860) 674-8003
                        (860) 676-9168 Fax
                        Fed.Bar. No. ct19781

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **LESLIE WALKER – HYDE** | : | CASE NO. 16-20641 AMN |
| Debtor | : | May 12, 2016 |

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

**LESLIE WALKER – HYDE** (the "Movant") has filed a **MOTION FOR RULE 2004 EXAMINATION** (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any Response to the Contested Matter must be filed with the Court no later than May 26, 2016, in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014*. In the absence of a timely filed response, the proposed order in the Contested Matter may enter without further notice and hearing, see, 11 U.S.C. Section 102(1).

By /s/ Gregory F. Arcaro
Gregory F. Arcaro, Esq.
GRAFSTEIN AND ARCARO, LLC
10 Melrose Dr.
Farmington, CT  06032
garcaro@grafsteinlaw.com
(860) 674-8003
(860) 676-9168 Fax
Fed.Bar. No. ct19781

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.