**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| LESLIE WALKER – HYDE | : | CASE NO. 16-20641 AMN |
|     Debtor | : | May 24, 2016 |

## MOTION FOR RULE 2004 EXAMINATION

The Debtor herein, by and through her undersigned counsel, hereby seeks an order authorizing the examination of Attorney Anthony V. Zeolla ("Attorney Zeolla").  In support thereof, the Debtors respectfully represent the following:

1.   The Debtor proposes to examine Attorney Zeolla under oath at the offices of Grafstein & Arcaro, LLC, 10 Melrose Drive, Farmington, Connecticut on a date and time agreed-upon or compelled by F.R.Civ.P.45.

2.   Attorney Zeolla represented the Debtor with respect to a foreclosure case relative to the Debtor's principal residence.  On May 11, 2016 the Debtor, through counsel, has requested in writing certain documents and information from Attorney Zeolla.  Attorney Zeolla has not responded in any way to such request.

3.   The scope of such examination would include, but is not limited to, the following:

    (a) Attorney Zeolla's representation of the Debtor with the foreclosure action;

    (b) An accounting of the fees paid to Attorney Zeolla by the Debtor;

    (c) Attorney Zeolla's compliance with the Connecticut Rules of Professional Conduct.

    4. The Debtor further intends to compel Attorney Zeolla to produce documents at the examination pursuant to Fed. R. Bankr. P. 2004(c).

    WHEREFORE the Debtor respectfully requests that the Court issue an order authorizing the examination of Attorney Zeolla as set forth above, and for such other and further relief as may be just and proper.

>
> THE DEBTOR,
>
> By /s/ Gregory F. Arcaro
> Gregory F. Arcaro, Esq.
> GRAFSTEIN AND ARCARO, LLC
> 10 Melrose Dr.
> Farmington, CT  06032
> garcaro@grafsteinlaw.com
> (860) 674-8003
> (860) 676-9168 Fax
> Fed.Bar. No. ct19781

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **LESLIE WALKER – HYDE** | : | CASE NO. 16-20641 AMN |
| Debtor | : | May 24, 2016 |

### NOTICE OF CONTESTED MATTER RESPONSE DATE

**LESLIE WALKER – HYDE** (the "Movant") has filed a **MOTION FOR RULE 2004 EXAMINATION** (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any Response to the Contested Matter must be filed with the Court no later than June 10, 2016, in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014*. In the absence of a timely filed response, the proposed order in the Contested Matter may enter without further notice and hearing, see, 11 U.S.C. Section 102(1).

By /s/ Gregory F. Arcaro
Gregory F. Arcaro, Esq.
GRAFSTEIN AND ARCARO, LLC
10 Melrose Dr.
Farmington, CT  06032
garcaro@grafsteinlaw.com
(860) 674-8003
(860) 676-9168 Fax
Fed.Bar. No. ct19781

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.